# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| K and R Electric & Construction, Inc. | § | Case No. 08-04931 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 03/03/2008 .   The undersigned trustee was appointed on  12/15/2017 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $         22,814.92

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,915.71 |
| Bank service fees | 1,189.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $       15,710.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/20/2008  and the deadline for filing governmental claims was  08/20/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,031.49 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,031.49 , for a total compensation of $ 3,031.49 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2018                          By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-04931 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | K and R Electric & Construction, Inc. | | | | Date Filed (f) or Converted (c): | 03/03/2008 (f) |
| | | | | | 341(a) Meeting Date: | 04/17/2007 |
| For Period Ending: | 06/14/2018 | | | | Claims Bar Date: | 08/20/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash on Hand | 10.00 | 0.00 | | 0.00 | FA |
| 2.  FOUNDERS BANK | 10.00 | 0.00 | | 0.00 | FA |
| 3.  FIRE LOSS CLAIM /PENN AMERICAN INS. CO | 475,000.00 | 475,000.00 | | 22,814.86 | FA |
| 4.  1999 GMC CARGO VAN | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5.  1995 GMC CARGO VAN | 200.00 | 200.00 | | 0.00 | FA |
| 6.  1982 FORD TRUCK | 200.00 | 200.00 | | 0.00 | FA |
| 7.  2004 E150 FORD CARGO VAN | 7,000.00 | 0.00 | | 0.00 | FA |
| 8.  2004 CHEVROLET TAHOE | 15,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $499,920.00 | $477,900.00 | | $22,814.92 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

Case 08-04931   Doc 50   Filed 06/29/18   Entered 06/29/18 10:23:28   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 4 of 25

Exhibit B

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Taxpayer ID No: XX-XXX2071
For Period Ending: 06/14/2018

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX6965
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/12 | 3 | Truck Insurance Exchange Pocatello SVC Center 2500 South Fifth Avenue Pocatello, ID 83204 | BUSINESS PERSONAL PROPERTY PORTION OF POLICY PROCEEDS DEPOSIT CHECK #8296018094 | 1149-000 | $9,113.86 | | $9,113.86 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $9,113.92 |
| 01/31/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,088.92 |
| 02/29/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,063.92 |
| 03/30/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,038.92 |
| 04/30/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,013.92 |
| 05/31/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,988.92 |
| 06/29/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,963.92 |
| 07/31/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,938.92 |
| 08/31/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,913.92 |
| 09/28/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,888.92 |
| 10/31/12 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,863.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*          Page Subtotals:          $9,113.92     $250.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/12 | 1001 | Sir Speedy 9412 W. 143rd St. Orland Park, IL 60462 | INV 5180/COPIES OF ADJUSTERS FILE | 2990-000 | | $217.64 | $8,646.28 |
| 11/30/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,621.28 |
| 12/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,596.28 |
| 01/03/13 | 2083 | Estate of K and R Electric & Construction, Inc. , 08-04931 | TRANSFER TO 0001033018088 | 9999-000 | | $8,596.28 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,113.92 | $9,113.92 |
| Less: Bank Transfers/CD's | $0.00 | $8,596.28 |
| Subtotal | $9,113.92 | $517.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,113.92 | $517.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $0.00          $8,863.92

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No:  08-04931 | |
| Case Name:  K and R Electric & Construction, Inc. | |

| | |
|---|---|
| Trustee Name:  Zane L. Zielinski, Trustee | |
| Bank Name:  The Bank of New York Mellon | |
| Account Number/CD#:  XXXXXX6966 | |
| Checking | |

Taxpayer ID No:  XX-XXX2071
For Period Ending:  06/14/2018

Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX6967 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                    $0.00        $0.00

Case 08-04931   Doc 50   Filed 06/29/18   Entered 06/29/18 10:23:28   Desc Main
FORM 2
Document   Page 8 of 25
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Taxpayer ID No: XX-XXX2071
For Period Ending: 06/14/2018

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2401
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/18 | | Estate of K and R Electric & Construction, Inc. , 08-04931 | Trustee Transfer | 9999-000 | $21,464.56 | | $21,464.56 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $21,454.56 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.80 | $21,425.76 |
| 03/08/18 | 5001 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $9.82 | $21,415.94 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.84 | $21,384.10 |
| 04/26/18 | 5002 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Distribution | | | $5,643.12 | $15,740.98 |
| | | Chuhak & Tecson | ($5,546.00) | 3210-000 | | | |
| | | Chuhak & Tecson | ($97.12) | 3220-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.77 | $15,710.21 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $21,464.56 | $5,754.35 |
| Less: Bank Transfers/CD's | $21,464.56 | $0.00 |
| Subtotal | $0.00 | $5,754.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,754.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:                    $21,464.56        $5,754.35

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX2965 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/13 | | Estate of K and R Electric & Construction, Inc. , 08-04931 | RABOBANK MIGRATION | 9999-000 | $8,596.28 | | $8,596.28 |
| 01/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.18 | $8,583.10 |
| 02/13/13 | 11002 | Thomas B. Sullivan Trustee 1900 Ravinia Pl Orland Park, IL 60462 | BOND PREMIUM PAYMENT ON BANK     Reversal Check was voided by Blanket Bond Reversal. | 2300-000 | | ($8.21) | $8,591.31 |
| 02/13/13 | 11002 | Thomas B. Sullivan Trustee 1900 Ravinia Pl Orland Park, IL 60462 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-04931, Bond #016026455 | 2300-000 | | $8.21 | $8,583.10 |
| 02/13/13 | 11003 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-04931, bond#016026455 | 2300-000 | | $8.21 | $8,574.89 |
| 02/28/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.51 | $8,563.38 |
| 03/29/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.90 | $8,551.48 |
| 04/30/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.12 | $8,538.36 |
| 05/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.68 | $8,525.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals:                    $8,596.28          $70.60

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.44 | $8,514.24 |
| 07/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.47 | $8,500.77 |
| 08/30/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.22 | $8,488.55 |
| 09/30/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.80 | $8,476.75 |
| 10/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.41 | $8,463.34 |
| 11/29/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.35 | $8,451.99 |
| 12/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.37 | $8,438.62 |
| 01/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.53 | $8,426.09 |
| 02/03/14 | 11004 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #08-04931, BOND#016026455 | 2300-000 | | $7.07 | $8,419.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $106.66

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.30 | $8,407.72 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.68 | $8,396.04 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.88 | $8,383.16 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.05 | $8,371.11 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.63 | $8,359.48 |
| 07/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.22 | $8,346.26 |
| 08/29/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.60 | $8,334.66 |
| 09/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.78 | $8,321.88 |
| 10/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.36 | $8,309.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*        Page Subtotals:        $0.00        $109.50

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | Exhibit B |
|---|---|---|
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX2965 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.75 | $8,298.77 |
| 12/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.52 | $8,285.25 |
| 01/30/15 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.91 | $8,273.34 |
| 02/26/15 | 11005 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON BANK    Reversal<br>Check was voided by Blanket Bond Reversal. | 2300-000 | | ($7.88) | $8,281.22 |
| 02/26/15 | 11006 | Arthur B. Levine Company<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | BOND PREMIUM PAYMENT ON LEDGER    Reversal<br>Check was voided by Blanket Bond Reversal. | 2300-000 | | ($8.03) | $8,289.25 |
| 02/26/15 | 11005 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2014<br>FOR CASE #08-04931, BOND NUMBER 10BSBGR6291 | 2300-000 | | $7.88 | $8,281.37 |
| 02/26/15 | 11006 | Arthur B. Levine Company<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2014<br>FOR CASE #08-04931, BOND NUMBER 10BSBGR6291 | 2300-000 | | $8.03 | $8,273.34 |
| 02/26/15 | 11007 | Arthur B. Levine Company<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2014<br>FOR CASE #08-04931, BOND NUMBER 10BSBGR6291 | 2300-000 | | $7.88 | $8,265.46 |
| 02/27/15 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.10 | $8,254.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*        Page Subtotals:        $0.00        $55.16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX2965
Checking

Taxpayer ID No: XX-XXX2071
For Period Ending: 06/14/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.67 | $8,241.69 |
| 04/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.85 | $8,229.84 |
| 05/29/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.44 | $8,218.40 |
| 06/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.60 | $8,205.80 |
| 07/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.19 | $8,193.61 |
| 08/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.39 | $8,182.22 |
| 09/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.55 | $8,169.67 |
| 10/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.74 | $8,157.93 |
| 11/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.34 | $8,146.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Page Subtotals:                    $0.00          $107.77

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.88 | $8,133.71 |
| 01/29/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.27 | $8,122.44 |
| 03/01/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.26 | $8,111.18 |
| 03/07/16 | 11008 | Arthur B. Levine Company 60 East 42nd Street, Room 965 New York, New York 10165 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #08-04931, Bond No. 10BSBGR6291 | 2300-000 | | $4.97 | $8,106.21 |
| 03/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.79 | $8,093.42 |
| 04/29/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.22 | $8,082.20 |
| 05/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.20 | $8,071.00 |
| 06/30/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.73 | $8,058.27 |
| 07/29/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.17 | $8,047.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*          Page Subtotals:          $0.00          $99.49

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | Exhibit B |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX2965 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.69 | $8,034.41 |
| 09/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.52 | $8,022.89 |
| 10/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.12 | $8,011.77 |
| 11/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.25 | $7,999.52 |
| 12/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.47 | $7,988.05 |
| 01/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.25 | $7,975.80 |
| 02/23/17 | 11009 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #08-04931, Bond #016073584 | 2300-000 | | $17.00 | $7,958.80 |
| 02/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.70 | $7,948.10 |
| 03/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.82 | $7,936.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*          Page Subtotals:          $0.00          $110.82

Case 08-04931   Doc 50   Filed 06/29/18   Entered 06/29/18 10:23:28   Desc Main
Document   Page 16 of 25

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 08-04931 | | | | Trustee Name: Zane L. Zielinski, Trustee | | Exhibit B |
| Case Name: K and R Electric & Construction, Inc. | | | | Bank Name: Rabobank, N.A. | | |
| | | | | Account Number/CD#: XXXXXX2965 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX2071 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 06/14/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.65 | $7,925.63 |
| 05/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.53 | $7,913.10 |
| 06/30/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.37 | $7,901.73 |
| 07/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.98 | $7,890.75 |
| 08/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.48 | $7,878.27 |
| 09/11/17 | 3 | Farmers Insurance Exchange<br>Claims Service Center/Nat1 Doc Center<br>P.O. Box 268994<br>Oklahoma City, OK 73126 | settlement of fire loss<br>DEPOSIT CHECK<br>#1617966385 | 1149-000 | $13,701.00 | | $21,579.27 |
| 09/29/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $20.80 | $21,558.47 |
| 10/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $33.07 | $21,525.40 |
| 11/30/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $30.96 | $21,494.44 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*          Page Subtotals:          $13,701.00          $142.84

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $29.88 | $21,464.56 |
| 01/19/18 | 11010 | Estate of K and R Electric & Construction, Inc. , 08-04931 | Trustee Transfer | 9999-000 | | $21,464.56 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $22,297.28 | $22,297.28 |
| Less: Bank Transfers/CD's | $8,596.28 | $21,464.56 |
| Subtotal | $13,701.00 | $832.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,701.00 | $832.72 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*        Page Subtotals:        $0.00        $21,494.44

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2401 - Checking | $0.00 | $5,754.35 | $15,710.21 |
| XXXXXX2965 - Checking | $13,701.00 | $832.72 | $0.00 |
| XXXXXX6965 - Checking | $9,113.92 | $517.64 | $0.00 |
| XXXXXX6966 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX6967 - Checking | $0.00 | $0.00 | $0.00 |
| | $22,814.92 | $7,104.71 | $15,710.21 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,814.92 |
| Total Gross Receipts: | $22,814.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-04931                                                                        Date: June 20, 2018
Debtor Name: K and R Electric & Construction, Inc.
Claims Bar Date: 8/20/2008

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $3,031.49 | $3,031.49 |
| BOND 100 2300 | Arthur B. Levine Company 60 East 42nd Street, Room 965 New York, New York 10165 | Administrative | | $0.00 | $4.97 | $4.97 |
| BOND 100 2300 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | Administrative | | $0.00 | $17.00 | $17.00 |
| 100 3210 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Administrative | | $0.00 | $5,546.00 | $5,546.00 |
| 100 3220 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Administrative | | $0.00 | $97.12 | $97.12 |
| 100 3310 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1105 Chicago, IL 60606 | Administrative | | $0.00 | $3,949.60 | $3,949.60 |
| 3S 150 4300 | Internal Revenue Services Pob 21126 Philadelphia Pa 19114 | Secured | | $0.00 | $299,124.75 | $299,124.75 |
| 3P 280 5800 | Internal Revenue Services Pob 21126 Philadelphia Pa 19114 | Priority | | $0.00 | $30,054.37 | $30,054.37 |
| 4P-2 280 5800 | Neca-Ibew Pension Trust Fund C/O Cavanagh & O"hara 407 E. Adams Springfield, Il 62705 | Priority | | $0.00 | $7,420.16 | $7,420.16 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-04931                                                                              Date: June 20, 2018
Debtor Name: K and R Electric & Construction, Inc.
Claims Bar Date: 8/20/2008

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 10P<br>280<br>5800 | Ilinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Priority | | $0.00 | $6,435.90 | $6,435.90 |
| 11P<br>280<br>5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Priority | | $0.00 | $14,756.74 | $14,756.74 |
| 1<br>300<br>7100 | Alecia A. Staniszewski, Cpa, P.C.<br>18427 Conlee Dr.<br>Mokena, Il 60448 | Unsecured | | $0.00 | $1,095.00 | $1,095.00 |
| 2<br>300<br>7100 | Pantrol Inc<br>1510 N. Chestnut St.<br>Ottawa, Il 61350 | Unsecured | | $0.00 | $6,517.22 | $6,517.22 |
| 3U<br>300<br>7100 | Internal Revenue Services<br>Pob 21126<br>Philadelphia Pa 19114 | Unsecured | | $0.00 | $4,279.70 | $4,279.70 |
| 4U-2<br>300<br>7100 | Neca-Ibew Pension Trust Fund<br>C/O Cavanagh & O"hara<br>407 E. Adams<br>Springfield, Il 62705 | Unsecured | | $0.00 | $2,209.32 | $2,209.32 |
| 5<br>300<br>7100 | Gordon Electric Supply - Kankakee<br>1290 N. Hobbie<br>Kankakee, Il 60901-9486 | Unsecured | | $0.00 | $237,567.58 | $237,567.58 |
| 6<br>300<br>7100 | Hannon & Associates<br>304 Meyers St.<br>Shorewood, Il 60404 | Unsecured | | $0.00 | $22,539.35 | $22,539.35 |
| 7<br>300<br>7100 | Fia Card Services, N.A./Bank Of America<br>By American Infosource L.P. As Its Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $6,496.18 | $6,496.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-04931                                                                                              Date: June 20, 2018

Debtor Name: K and R Electric & Construction, Inc.

Claims Bar Date: 8/20/2008

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Fia Card Services, N.A./Bank Of<br>America<br>By American Infosource L.P. As<br>Its Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $6,168.65 | $6,168.65 |
| 10S<br>300<br>7100 | Ilinois Department Of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Unsecured | | $0.00 | $22,495.29 | $22,495.29 |
| 9<br>350<br>7200 | Fleetcor Technologies<br>555 E Airtex Dr<br>Houston, Tx 77073 | Unsecured | | $0.00 | $9,223.30 | $9,223.30 |
| 11U<br>350<br>7200 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Unsecured | | $0.00 | $2,240.02 | $2,240.02 |
| | Case Totals | | | $0.00 | $691,269.71 | $691,269.71 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                                                                   Printed: June 20, 2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-04931
Case Name: K and R Electric & Construction, Inc.
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand    $    15,710.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Internal Revenue Services | $ 299,124.75 | $ 299,124.75 | $ 0.00 | $ 8,729.12 |

Total to be paid to secured creditors    $    8,729.12

Remaining Balance    $    6,981.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 3,031.49 | $ 0.00 | $ 3,031.49 |
| Attorney for Trustee Fees: Chuhak & Tecson | $ 5,546.00 | $ 5,546.00 | $ 0.00 |
| Attorney for Trustee Expenses: Chuhak & Tecson | $ 97.12 | $ 97.12 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 3,949.60 | $ 0.00 | $ 3,949.60 |
| Other: Arthur B. Levine Company | $ 4.97 | $ 4.97 | $ 0.00 |
| Other: International Sureties, LTD. | $ 17.00 | $ 17.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    6,981.09

Remaining Balance    $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 58,667.17  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Services | $          30,054.37 | $          0.00 | $          0.00 |
| 4P-2 | Neca-Ibew Pension Trust Fund | $          7,420.16 | $          0.00 | $          0.00 |
| 10P | Ilinois Department Of Employment Security | $          6,435.90 | $          0.00 | $          0.00 |
| 11P | Illinois Department Of Revenue | $          14,756.74 | $          0.00 | $          0.00 |

Total to be paid to priority creditors                              $_____0.00

Remaining Balance                                                  $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 309,368.29  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Alecia A. Staniszewski, Cpa, P.C. | $ 1,095.00 | $ 0.00 | $ 0.00 |
| 2 | Pantrol Inc | $ 6,517.22 | $ 0.00 | $ 0.00 |
| 3U | Internal Revenue Services | $ 4,279.70 | $ 0.00 | $ 0.00 |
| 4U-2 | Neca-Ibew Pension Trust Fund | $ 2,209.32 | $ 0.00 | $ 0.00 |
| 5 | Gordon Electric Supply - Kankakee | $ 237,567.58 | $ 0.00 | $ 0.00 |
| 6 | Hannon & Associates | $ 22,539.35 | $ 0.00 | $ 0.00 |
| 7 | Fia Card Services, N.A./Bank Of America | $ 6,496.18 | $ 0.00 | $ 0.00 |
| 8 | Fia Card Services, N.A./Bank Of America | $ 6,168.65 | $ 0.00 | $ 0.00 |
| 10S | Illinois Department Of Employment Security | $ 22,495.29 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $_____ 0.00

Remaining Balance       $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 11,463.32 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Fleetcor Technologies | $ 9,223.30 | $ 0.00 | $ 0.00 |
| 11U | Illinois Department Of Revenue | $ 2,240.02 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors       $_____ 0.00

Remaining Balance                                          $_____0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE