# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | chapter 7 |
| K and R Electric & Construction, Inc., | Bankruptcy No. 08-04931 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #53)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below on **July 1, 2018**.

Further, the foregoing Notice of Trustee's Final Report and Applications for Compensation (Docket # 53) was served via us mail on the Manuel Service list on **June 29, 2018**.

Dated: July 1, 2018                **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **K and R Electric & Construction, Inc,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
   **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

*Mailing Information for Case* 08-04931

*Electronic Mail Notice List*

*The following is the list of **parties** who are currently on the list to receive email notice/service for this case.*

- **Monette W Cope**   ecfnil@weltman.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Miriam R. Stein**   mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com
- **Stephen J West**   tmalaw@sjwlawott.com

**Manual Service List**

| | |
|---|---|
| Internal Revenue Services<br>Pob 21126<br>Philadelphia Pa 19114 | Neca-Ibew Pension Trust Fund<br>C/O Cavanagh & O"hara<br>407 E. Adams<br>Springfield, Il 62705 |
| Alecia A. Staniszewski, Cpa, P.C.<br>18427 Conlee Dr.<br>Mokena, Il 60448 | Pantrol Inc<br>1510 N. Chestnut St.<br>Ottawa, Il 61350 |
| Ilinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 |
| Gordon Electric Supply - Kankakee<br>1290 N. Hobbie<br>Kankakee, Il 60901-9486 | Hannon & Associates<br>304 Meyers St.<br>Shorewood, Il 60404 |
| Fia Card Services, N.A./Bank Of America<br>By American Infosource L.P. As Its Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Fleetcor Technologies<br>555 E Airtex Dr<br>Houston, Tx 77073 |