# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| K and R Electric & Construction, Inc. | § | Case No. 08-04931 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

<table>
<tr><td>Assets Abandoned: 22,420.00<br><i>(Without deducting any secured claims)</i></td><td>Assets Exempt: 2,500.00</td></tr>
<tr><td>Total Distributions to Claimants:  8,729.12</td><td>Claims Discharged<br>Without Payment:  379,498.78</td></tr>
<tr><td>Total Expenses of Administration:  14,085.80</td><td></td></tr>
</table>

3) Total gross receipts of $ 22,814.92  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 22,814.92  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 299,124.75 | $ 299,124.75 | $ 8,729.12 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,085.80 | 14,085.80 | 14,085.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 58,667.17 | 58,667.17 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 320,831.61 | 320,831.61 | 0.00 |
| TOTAL DISBURSEMENTS | $ NA | $ 692,709.33 | $ 692,709.33 | $ 22,814.92 |

4) This case was originally filed under chapter 7 on  03/03/2008 .  The case was pending for 128 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/30/2018              By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FIRE LOSS CLAIM /PENN AMERICAN INS. CO | 1149-000 | 22,814.86 |
| Post-Petition Interest Deposits | 1270-000 | 0.06 |
| TOTAL GROSS RECEIPTS | | $22,814.92 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Internal Revenue Services | 4300-000 | NA | 299,124.75 | 299,124.75 | 8,729.12 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 299,124.75 | $ 299,124.75 | $ 8,729.12 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas B. Sullivan Trustee | 2100-000 | NA | 1,515.75 | 1,515.75 | 1,515.75 |
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,515.74 | 1,515.74 | 1,515.74 |
| Arthur B. Levine Company | 2300-000 | NA | 12.85 | 12.85 | 12.85 |
| International Sureties, LTD. | 2300-000 | NA | 42.10 | 42.10 | 42.10 |
| Associated Bank | 2600-000 | NA | 101.41 | 101.41 | 101.41 |
| Rabobank, N.A. | 2600-000 | NA | 787.59 | 787.59 | 787.59 |
| The Bank of New York Mellon | 2600-000 | NA | 300.00 | 300.00 | 300.00 |
| Sir Speedy | 2990-000 | NA | 217.64 | 217.64 | 217.64 |
| Chuhak & Tecson | 3210-000 | NA | 5,546.00 | 5,546.00 | 5,546.00 |
| Chuhak & Tecson | 3220-000 | NA | 97.12 | 97.12 | 97.12 |
| Alan D. Lasko & Associates P.C. | 3310-000 | NA | 3,949.60 | 3,949.60 | 3,949.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,085.80 | $ 14,085.80 | $ 14,085.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Ilinois Department Of Employment Security | 5800-000 | NA | 6,435.90 | 6,435.90 | 0.00 |
| 11P | Illinois Department Of Revenue | 5800-000 | NA | 14,756.74 | 14,756.74 | 0.00 |
| 3P | Internal Revenue Services | 5800-000 | NA | 30,054.37 | 30,054.37 | 0.00 |
| 4P-2 | Neca-Ibew Pension Trust Fund | 5800-000 | NA | 7,420.16 | 7,420.16 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 58,667.17 | $ 58,667.17 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alecia A. Staniszewski, Cpa, P.C. | 7100-000 | NA | 1,095.00 | 1,095.00 | 0.00 |
| 7 | Fia Card Services, N.A./Bank Of America | 7100-000 | NA | 6,496.18 | 6,496.18 | 0.00 |
| 8 | Fia Card Services, N.A./Bank Of America | 7100-000 | NA | 6,168.65 | 6,168.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Gordon Electric Supply - Kankakee | 7100-000 | NA | 237,567.58 | 237,567.58 | 0.00 |
| 6 | Hannon & Associates | 7100-000 | NA | 22,539.35 | 22,539.35 | 0.00 |
| 10S | Ilinois Department Of Employment Security | 7100-000 | NA | 22,495.29 | 22,495.29 | 0.00 |
| 3U | Internal Revenue Services | 7100-000 | NA | 4,279.70 | 4,279.70 | 0.00 |
| 4U-2 | Neca-Ibew Pension Trust Fund | 7100-000 | NA | 2,209.32 | 2,209.32 | 0.00 |
| 2 | Pantrol Inc | 7100-000 | NA | 6,517.22 | 6,517.22 | 0.00 |
| 9 | Fleetcor Technologies | 7200-000 | NA | 9,223.30 | 9,223.30 | 0.00 |
| 11U | Illinois Department Of Revenue | 7200-000 | NA | 2,240.02 | 2,240.02 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 320,831.61 | $ 320,831.61 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-04931 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | K and R Electric & Construction, Inc. | | | | Date Filed (f) or Converted (c): | 03/03/2008 (f) |
| | | | | | 341(a) Meeting Date: | 04/17/2007 |
| For Period Ending: | 08/31/2018 | | | | Claims Bar Date: | 08/20/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash on Hand | 10.00 | 0.00 | | 0.00 | FA |
| 2.  FOUNDERS BANK | 10.00 | 0.00 | | 0.00 | FA |
| 3.  FIRE LOSS CLAIM /PENN AMERICAN INS. CO | 475,000.00 | 475,000.00 | | 22,814.86 | FA |
| 4.  1999 GMC CARGO VAN | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5.  1995 GMC CARGO VAN | 200.00 | 200.00 | | 0.00 | FA |
| 6.  1982 FORD TRUCK | 200.00 | 200.00 | | 0.00 | FA |
| 7.  2004 E150 FORD CARGO VAN | 7,000.00 | 0.00 | | 0.00 | FA |
| 8.  2004 CHEVROLET TAHOE | 15,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $499,920.00          $477,900.00          $22,814.92          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX6965
Checking

Taxpayer ID No: XX-XXX2071
For Period Ending: 08/31/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/12 | 3 | Truck Insurance Exchange Pocatello SVC Center 2500 South Fifth Avenue Pocatello, ID 83204 | BUSINESS PERSONAL PROPERTY PORTION OF POLICY PROCEEDS DEPOSIT CHECK #8296018094 | 1149-000 | $9,113.86 | | $9,113.86 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.06 | | $9,113.92 |
| 01/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,088.92 |
| 02/29/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,063.92 |
| 03/30/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,038.92 |
| 04/30/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $9,013.92 |
| 05/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,988.92 |
| 06/29/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,963.92 |
| 07/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,938.92 |
| 08/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,913.92 |
| 09/28/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,888.92 |
| 10/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,863.92 |

Page Subtotals: $9,113.92   $250.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX6965
Checking

Taxpayer ID No: XX-XXX2071
For Period Ending: 08/31/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/12 | 1001 | Sir Speedy 9412 W. 143rd St. Orland Park, IL 60462 | INV 5180/COPIES OF ADJUSTERS FILE | 2990-000 | | $217.64 | $8,646.28 |
| 11/30/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,621.28 |
| 12/31/12 | | The Bank of New York Mellon 500 Ross Street  Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $8,596.28 |
| 01/03/13 | 2083 | Estate of K and R Electric & Construction, Inc. , 08-04931 | TRANSFER TO 0001033018088 | 9999-000 | | $8,596.28 | $0.00 |

|  | | Deposits | Disbursements |
|---|---|---|---|
| COLUMN TOTALS | | $9,113.92 | $9,113.92 |
| Less: Bank Transfers/CD's | | $0.00 | $8,596.28 |
| Subtotal | | $9,113.92 | $517.64 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $9,113.92 | $517.64 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Taxpayer ID No: XX-XXX2071
For Period Ending: 08/31/2018

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX6966
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                    $0.00          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX6967 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-04931

Case Name: K and R Electric & Construction, Inc.

Taxpayer ID No: XX-XXX2071

For Period Ending: 08/31/2018

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX2401

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/18 | | Estate of K and R Electric & Construction, Inc. , 08-04931 | Trustee Transfer | 9999-000 | $21,464.56 | | $21,464.56 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $21,454.56 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $28.80 | $21,425.76 |
| 03/08/18 | 5001 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $9.82 | $21,415.94 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $31.84 | $21,384.10 |
| 04/26/18 | 5002 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Distribution | | | $5,643.12 | $15,740.98 |
| | | Chuhak & Tecson | ($5,546.00) | 3210-000 | | | |
| | | Chuhak & Tecson | ($97.12) | 3220-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $30.77 | $15,710.21 |
| 07/25/18 | 5003 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | 2100-000 | | $1,515.74 | $14,194.47 |
| 07/25/18 | 5004 | Thomas B Sullivan Trustee 105 W Madison Suite 1500 Chicago, IL  60602 | Distribution | 2100-000 | | $1,515.75 | $12,678.72 |
| 07/25/18 | 5005 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1150 Chicago, IL 60606 | Distribution | 3310-000 | | $3,949.60 | $8,729.12 |

Page Subtotals: $21,464.56    $12,735.44

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2401 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/18 | 5006 | Internal Revenue Services<br>Pob 21126<br>Philadelphia Pa 19114 | Distribution | 4300-000 | | $8,729.12 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $21,464.56 | $21,464.56 |
| Less: Bank Transfers/CD's | $21,464.56 | $0.00 |
| Subtotal | $0.00 | $21,464.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $21,464.56 |

Page Subtotals:                          $0.00          $8,729.12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX2965
Checking

Taxpayer ID No: XX-XXX2071
For Period Ending: 08/31/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/13 | | Estate of K and R Electric & Construction, Inc. , 08-04931 | RABOBANK MIGRATION | 9999-000 | $8,596.28 | | $8,596.28 |
| 01/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.18 | $8,583.10 |
| 02/13/13 | 11002 | Thomas B. Sullivan Trustee 1900 Ravinia Pl Orland Park, IL 60462 | BOND PREMIUM PAYMENT ON BANK     Reversal Check was voided by Blanket Bond Reversal. | 2300-000 | | ($8.21) | $8,591.31 |
| 02/13/13 | 11002 | Thomas B. Sullivan Trustee 1900 Ravinia Pl Orland Park, IL 60462 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-04931, Bond #016026455 | 2300-000 | | $8.21 | $8,583.10 |
| 02/13/13 | 11003 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-04931, bond#016026455 | 2300-000 | | $8.21 | $8,574.89 |
| 02/28/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.51 | $8,563.38 |
| 03/29/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.90 | $8,551.48 |
| 04/30/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.12 | $8,538.36 |
| 05/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.68 | $8,525.68 |

Page Subtotals:                    $8,596.28         $70.60

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.44 | $8,514.24 |
| 07/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.47 | $8,500.77 |
| 08/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.22 | $8,488.55 |
| 09/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.80 | $8,476.75 |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.41 | $8,463.34 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.35 | $8,451.99 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.37 | $8,438.62 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.53 | $8,426.09 |
| 02/03/14 | 11004 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #08-04931, BOND#016026455 | 2300-000 | | $7.07 | $8,419.02 |

| | | | Page Subtotals: | | $0.00 | $106.66 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 08-04931 | | Trustee Name: Zane L. Zielinski, Trustee | Exhibit 9 |
|---|---|---|---|
| Case Name: K and R Electric & Construction, Inc. | | Bank Name: Rabobank, N.A. | |
| | | Account Number/CD#: XXXXXX2965 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX2071 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/31/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.30 | $8,407.72 |
| 03/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.68 | $8,396.04 |
| 04/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.88 | $8,383.16 |
| 05/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.05 | $8,371.11 |
| 06/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.63 | $8,359.48 |
| 07/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.22 | $8,346.26 |
| 08/29/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.60 | $8,334.66 |
| 09/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.78 | $8,321.88 |
| 10/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.36 | $8,309.52 |

|  | | | Page Subtotals: | | $0.00 | $109.50 | |

Case 08-04931   Doc 57   Filed 09/14/18   Entered 09/14/18 15:23:51   Desc Main
Document   Page 17 of 23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-04931
Case Name: K and R Electric & Construction, Inc.

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX2965
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

Taxpayer ID No: XX-XXX2071
For Period Ending: 08/31/2018

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.75 | $8,298.77 |
| 12/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.52 | $8,285.25 |
| 01/30/15 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.91 | $8,273.34 |
| 02/26/15 | 11005 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON BANK     Reversal<br>Check was voided by Blanket Bond Reversal. | 2300-000 | | ($7.88) | $8,281.22 |
| 02/26/15 | 11006 | Arthur B. Levine Company<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | BOND PREMIUM PAYMENT ON LEDGER     Reversal<br>Check was voided by Blanket Bond Reversal. | 2300-000 | | ($8.03) | $8,289.25 |
| 02/26/15 | 11005 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2014<br>FOR CASE #08-04931, BOND NUMBER 10BSBGR6291 | 2300-000 | | $7.88 | $8,281.37 |
| 02/26/15 | 11006 | Arthur B. Levine Company<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2014<br>FOR CASE #08-04931, BOND NUMBER 10BSBGR6291 | 2300-000 | | $8.03 | $8,273.34 |
| 02/26/15 | 11007 | Arthur B. Levine Company<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2014<br>FOR CASE #08-04931, BOND NUMBER 10BSBGR6291 | 2300-000 | | $7.88 | $8,265.46 |
| 02/27/15 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.10 | $8,254.36 |

Page Subtotals: $0.00   $55.16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | Exhibit 9 |
|---|---|---|
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX2965 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.67 | $8,241.69 |
| 04/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.85 | $8,229.84 |
| 05/29/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.44 | $8,218.40 |
| 06/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.60 | $8,205.80 |
| 07/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.19 | $8,193.61 |
| 08/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.39 | $8,182.22 |
| 09/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.55 | $8,169.67 |
| 10/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.74 | $8,157.93 |
| 11/30/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.34 | $8,146.59 |

| | Page Subtotals: | | | | $0.00 | $107.77 |
|---|---|---|---|---|---|---|

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 08-04931 | | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | | Bank Name: Rabobank, N.A. |
| | | Account Number/CD#: XXXXXX2965 |
| | | Checking |
| Taxpayer ID No: XX-XXX2071 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/31/15 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.88 | $8,133.71 |
| 01/29/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.27 | $8,122.44 |
| 03/01/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.26 | $8,111.18 |
| 03/07/16 | 11008 | Arthur B. Levine Company 60 East 42nd Street, Room 965 New York, New York 10165 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #08-04931, Bond No. 10BSBGR6291 | 2300-000 | | $4.97 | $8,106.21 |
| 03/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.79 | $8,093.42 |
| 04/29/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.22 | $8,082.20 |
| 05/31/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.20 | $8,071.00 |
| 06/30/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.73 | $8,058.27 |
| 07/29/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.17 | $8,047.10 |

Page Subtotals: $0.00 $99.49

Case 08-04931 Doc 57 Filed 09/14/18 Entered 09/14/18 15:23:51 Desc Main
Document Page 20 of 23

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee | Exhibit 9 |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX2965 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.69 | $8,034.41 |
| 09/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.52 | $8,022.89 |
| 10/31/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.12 | $8,011.77 |
| 11/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.25 | $7,999.52 |
| 12/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.47 | $7,988.05 |
| 01/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.25 | $7,975.80 |
| 02/23/17 | 11009 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2016 FOR CASE #08-04931, Bond #016073584 | 2300-000 | | $17.00 | $7,958.80 |
| 02/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.70 | $7,948.10 |
| 03/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.82 | $7,936.28 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals: $0.00 $110.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 08-04931 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: K and R Electric & Construction, Inc. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX2965 |
| | Checking |
| Taxpayer ID No: XX-XXX2071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/31/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.65 | $7,925.63 |
| 05/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.53 | $7,913.10 |
| 06/30/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.37 | $7,901.73 |
| 07/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.98 | $7,890.75 |
| 08/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.48 | $7,878.27 |
| 09/11/17 | 3 | Farmers Insurance Exchange Claims Service Center/Nat1 Doc Center P.O. Box 268994 Oklahoma City, OK 73126 | settlement of fire loss DEPOSIT CHECK #1617966385 | 1149-000 | $13,701.00 | | $21,579.27 |
| 09/29/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $20.80 | $21,558.47 |
| 10/31/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $33.07 | $21,525.40 |
| 11/30/17 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $30.96 | $21,494.44 |

| | | | Page Subtotals: | | $13,701.00 | $142.84 | |

Case 08-04931    Doc 57    Filed 09/14/18    Entered 09/14/18 15:23:51    Desc Main
**FORM 2**
Document    Page 22 of 23
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-04931

Case Name: K and R Electric & Construction, Inc.

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: Rabobank, N.A.

Account Number/CD#: XXXXXX2965

Checking

Taxpayer ID No: XX-XXX2071

For Period Ending: 08/31/2018

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $29.88 | $21,464.56 |
| 01/19/18 | 11010 | Estate of K and R Electric & Construction, Inc. , 08-04931 | Trustee Transfer | 9999-000 | | $21,464.56 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $22,297.28 | $22,297.28 |
| Less: Bank Transfers/CD's | $8,596.28 | $21,464.56 |
| Subtotal | $13,701.00 | $832.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,701.00 | $832.72 |

Page Subtotals:                    $0.00         $21,494.44

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2401 - Checking | $0.00 | $21,464.56 | $0.00 |
| XXXXXX2965 - Checking | $13,701.00 | $832.72 | $0.00 |
| XXXXXX6965 - Checking | $9,113.92 | $517.64 | $0.00 |
| XXXXXX6966 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX6967 - Checking | $0.00 | $0.00 | $0.00 |
| | $22,814.92 | $22,814.92 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $22,814.92 | |
| Total Gross Receipts: | $22,814.92 | |

Page Subtotals:                     $0.00          $0.00